# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 18, 2015

### NO. 03-13-00332-CV

**Gordon G. McWatt, D.O., Appellant**

**v.**

**David Mattax, Texas Commissioner of Insurance;**
**Ryan Brannan, Commissioner of Workers' Compensation; and**
**Texas Department of Insurance, Division of Workers' Compensation, Appellees**

---

**APPEAL FROM 201ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE FIELD**

---

This is an appeal from the judgment signed by the trial court on March 21, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.